IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| KATELYN HANKS,               ) | |
| ) | |
| Plaintiff,         ) | |
| ) | CIVIL ACTION |
| vs.                                         ) | |
| ) | FILE No.  4:20-CV-00693 |
| PLANO-CONRAD, LTD.,      ) | |
| ) | |
| Defendant.       ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
## WITH PREJUDICE

Plaintiff, KATELYN HANKS ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, PLANO-CONRAD, LTD., and this entire Action with Prejudice.  Each party to bear heir own attorney's fees and costs.

Respectfully submitted this 7th day of October, 2020

                                        Law Offices of
                                        THE SCHAPIRO LAW GROUP, P.L.

                                        /s/  Douglas S. Schapiro
                                        Douglas S. Schapiro, Esq.
                                        State Bar No. 54538FL
                                        The Schapiro Law Group, P.L.
                                        7301-A W. Palmetto Park Rd., #100A
                                        Boca Raton, FL 33433
                                        Tel: (561) 807-7388
                                        Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on October 7, 2020 upon all counsel or parties.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
